Certificate Number: 05781-NM-DE-041652257

Bankruptcy Case Number: 26-11177

05781-NM-DE-041652257

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 8, 2026, at 8:48 o'clock AM PST, Dave Hacker completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of New Mexico.

Date: November 8, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President